Exhibit A



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
WASHINGTON, D.C. 20549-1004

**OFFICE OF
INTERNATIONAL
AFFAIRS**

IN REPLYING PLEASE NOTE
Kurt Gresenz
Senior Advisor
Tel (202) 551-4733
Fax (202) 772-9280
GresenzK@sec.gov

**Privileged and Confidential**

March 21, 2012

## VIA UNITED PARCEL SERVICE

Ministry of Justice
International Legal Cooperation Center (ILCC)
6, Chaoyangmen Nandajie
Chaoyang District
BEIJING, P.C. 100020
People's Republic of China

Re:   **Securities and Exchange Commission v. Ming Zhao and Liping Zhu
       No. 12-cv-1316 (S.D.N.Y); OIA Ref. 2011-00901-004**

Dear Sir or Madam:

In accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), we request that your office, as the Central Authority for the People's Republic of China, effect service of process of the enclosed documents as soon as possible on Ming Zhao, named defendant in the above-referenced civil action. Under U.S. Federal Rules of Civil Procedure, Rules 4(c)(2) and 4(f)(1), the attorney/applicant is authorized to transmit this request for service under the Hague Service Convention.

In connection with the above-referenced civil action, enclosed please find a cashier's check in the amount of USD 97 to cover costs relating to execution of the request for service as well as the following documents: (1) Form USM-94, Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents (original English version and one copy); (2) Summons (original English version, one copy and two copies of the Mandarin translation); and (3) Complaint (two copies in English, two copies of the Mandarin translation). The documents are provided for the named defendant, Ming Zhao, for whom service is requested. Mr. Zhao's last known address is Meiyuan Building, No. 189 Qinxian North Street, Taiyuan, Xiaodian District Shanxi, 030006 Shanxi, People's Republic of China. Mr. Zhao's State Identification Card Number is 142327197209201518.

Please return the Form USM-94 Certificate of Service to Mr. Sheldon L. Pollock, Attorney for the U.S. Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281, USA.

If you need any additional information, please feel free to contact me by telephone at (202) 551-4733 or by email at GresenzK@sec.gov. Thank you for your kind assistance in this matter.

Sincerely,

Kurt Gresenz
Senior Advisor
Office of International Affairs
US Securities and Exchange Commission
100 F St. N.E.
Washington, DC 20549-1004

Enclosures
cc: Mr. Sheldon L. Pollock, SEC (w/o enclosures)



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
WASHINGTON, D.C. 20549-1004

**OFFICE OF
INTERNATIONAL
AFFAIRS**

IN REPLYING PLEASE NOTE
Kurt Gresenz
Senior Advisor
Tel (202) 551-4733
Fax (202) 772-9280
GresenzK@sec.gov

**Privileged and Confidential**

March 21, 2012

### VIA UNITED PARCEL SERVICE

Ministry of Justice
International Legal Cooperation Center (ILCC)
6, Chaoyangmen Nandajie
Chaoyang District
BEIJING, P.C. 100020
People's Republic of China

Re:   **Securities and Exchange Commission v. Ming Zhao and Liping Zhu
      No. 12-cv-1316 (S.D.N.Y); OIA Ref. 2011-00901-004**

Dear Sir or Madam:

In accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), we request that your office, as the Central Authority for the People's Republic of China, effect service of process of the enclosed documents as soon as possible on Liping Zhu, named defendant in the above-referenced civil action. Under U.S. Federal Rules of Civil Procedure, Rules 4(c)(2) and 4(f)(1), the attorney/applicant is authorized to transmit this request for service under the Hague Service Convention.

In connection with the above-referenced civil action, enclosed please find a cashier's check in the amount of USD 97 to cover costs relating to execution of the request for service as well as the following documents: (1) Form USM-94, Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents (original English version and one copy); (2) Summons (original English version, one copy and two copies of the Mandarin translation); and (3) Complaint (two copies in English, two copies of the Mandarin translation). The documents are provided for the named defendant, Liping Zhu, for whom service is requested. Mr. Zhu's last known address is Room 306, Unit 3, No. 3042 Baoan South Road, Luohu District Shenzhen, Guangdong, People's Republic of China. Mr. Zhu's State Identification Card Number is either 440301195611232116 or 440301119561123116.

Please return the Form USM-94 Certificate of Service to Mr. Sheldon L. Pollock, Attorney for the U.S. Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281, USA.

If you need any additional information, please feel free to contact me by telephone at (202) 551-4733 or by email at GresenzK@sec.gov. Thank you for your kind assistance in this matter.

Sincerely,

Kurt Gresenz
Senior Advisor
Office of International Affairs
US Securities and Exchange Commission
100 F St. N.E.
Washington, DC 20549-1004

Enclosures
cc: Mr. Sheldon L. Pollock, SEC (w/o enclosures)